LUIS DE LA CRUZ, demandante-apelado, *v.* LUZ PORRATA DORIA DE MÁRQUEZ, demandada-apelante.

No. 5015—*Sometido:* Julio 1, 1929.  *Resuelto:* Julio 9, 1929.

*Adolfo García Veve,* abogado de la apelante;  *E. Martínez Rivera,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

La moción para desestimar en este caso se basa en haber dejado la apelante de hacer que su escrito de apelación se dirigiera al apelado y al Secretario de la corte.  Si bien en el caso *per curiam* de *Cruz* v. *Carballeira,* No. 4908, posiblemente podría aparecer que estábamos desestimándolo por dejar de dirigir el escrito en esa forma, sin embargo, el verdadero motivo de esa decisión fué que una notificación por correo no es una notificación suficiente ni al secretario ni a la parte apelada, si no se hace como se especifica en el artículo 220 del Código de Enjuiciamiento Civil.  Somos de opinión que un escrito de apelación es suficiente aunque no haya sido dirigido específicamente, siempre que en realidad se haya notificado al secretario y al abogado de la parte apelada, según ocurrió en este caso.  Sería mejor que una notificación por escrito se dirigiera en esa forma, pero que eso no es imperativo es lo que se resolvió claramente en el caso de *Roig Commercial Bank* v. *Sucesión Lugo,* 34 D.P.R. 155.

*Se declara sin lugar la moción para desestimar.*